

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00356-CV

KENYSA GOFF, Appellant                    §    On Appeal from the 17th District Court

V.                                        §    of Tarrant County (017-327787-21)

                                          §    March 28, 2024

MORGAN ROGERS AND STACY LYNN              §    Memorandum Opinion by Justice Walker
PEARL, Appellees

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kenysa Goff shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker